**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: GARDENA BUSINESS GROUP LLC    §    Case No. 2:20-bk-14348-BB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,229,142.36 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $275,692.16 | | |

3) Total gross receipts of $1,504,834.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,504,834.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,678,371.00 | $1,119,954.34 | $1,224,083.31 | $1,224,083.31 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $288,670.77 | $288,670.77 | $275,692.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,455.52 | $3,455.52 | $3,455.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $27,000.00 | $1,603.53 | $1,603.53 | $1,603.53 |
| **TOTAL DISBURSEMENTS** | $1,705,371.00 | $1,413,684.16 | $1,517,813.13 | $1,504,834.52 |

4) This case was originally filed under chapter 7 on 05/11/2020.  The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2021

By: /s/ John J. Menchaca
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE, BUILDING, LAND | 1110-000 | $1,504,759.52 |
| TURNOVER OF FUNDS | 1229-000 | $75.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,504,834.52** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | California TD Specialist FBO OmYermo LLC | 4110-000 | NA | $285,396.46 | $285,396.46 | $285,396.46 |
|  | City of San Bernardino | 4800-000 | NA | $85,000.00 | $85,000.00 | $85,000.00 |
|  | County of San Bernardino County | 4700-070 | NA | $1,650.00 | $1,650.00 | $1,650.00 |
|  | San Bernardino County Tax Collectior | 4700-070 | NA | $15,724.31 | $15,724.31 | $15,724.31 |
|  | San Bernardino County Tax Collector | 4700-070 | NA | $13,787.51 | $13,787.51 | $13,787.51 |
| 2 | Union Home Loan, Inc. | 4110-000 | $800,000.00 | $718,396.06 | $822,525.03 | $822,525.03 |
| N/F | Built Construction | 4110-000 | $628,371.00 | NA | NA | NA |
| N/F | Investment Property Exchange | 4110-000 | $0.00 | NA | NA | NA |
| N/F | OM Yermo, LLC | 4110-000 | $250,000.00 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$1,678,371.00** | **$1,119,954.34** | **$1,224,083.31** | **$1,224,083.31** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $68,250.00 | $68,250.00 | $63,329.67 |
| Trustee, Expenses - JOHN J. MENCHACA | 2200-000 | NA | $5,102.40 | $5,102.40 | $4,734.55 |
| Accountant for Trustee, Fees - MENCHACA & COMPANY LLP | 3310-000 | NA | $6,854.00 | $6,854.00 | $6,359.88 |
| Accountant for Trustee, Expenses - MENCHACA & COMPANY LLP | 3320-000 | NA | $9.45 | $9.45 | $8.77 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $226.19 | $226.19 | $226.19 |
| Insurance - Trustee Resource Group | 2420-750 | NA | $7,059.23 | $7,059.23 | $7,059.23 |
| Costs re Sale of Property - BETTER ESCROW SERVICES | 2500-000 | NA | $1,099.00 | $1,099.00 | $1,099.00 |
| Costs re Sale of Property - Better Escrow Services | 2500-000 | NA | $3,968.51 | $3,968.51 | $3,968.51 |
| Costs re Sale of Property - Fidelity National Title | 2500-000 | NA | $3,490.98 | $3,490.98 | $3,490.98 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,350.32 | $1,350.32 | $1,350.32 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - LAW OFFICES OF WESLEY H. AVERY, APC | 3210-000 | NA | $98,685.50 | $98,685.50 | $91,570.99 |
| Attorney for Trustee Expenses (Other Firm) - LAW OFFICES OF WESLEY H. AVERY, APC | 3220-000 | NA | $1,125.19 | $1,125.19 | $1,044.07 |
| Realtor for Trustee Fees (Real Estate Commissions) - KW Commercial | 3510-000 | NA | $60,000.00 | $60,000.00 | $60,000.00 |
| Other Professional Fees - KW Commercial DTLA | 3991-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$288,670.77** | **$288,670.77** | **$275,692.16** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,455.52 | $3,455.52 | $3,455.52 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,455.52** | **$3,455.52** | **$3,455.52** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | FRANCHISE TAX BOARD | 7100-000 | NA | $1,603.53 | $1,603.53 | $1,603.53 |
| 3 | JOHN A. VOS | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Law Offices of Ben Eilenberg | 7100-000 | $27,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$27,000.00** | **$1,603.53** | **$1,603.53** | **$1,603.53** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:20-bk-14348-BB
**Case Name:** GARDENA BUSINESS GROUP LLC
**For Period Ending:** 10/26/2021

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 05/11/2020 (f)
**§ 341(a) Meeting Date:** 06/22/2020
**Claims Bar Date:** 08/17/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br>660 N. E Street, San Bernardino, CA 92410 | 1,000,000.00 | 0.00 | | 1,504,759.52 | FA |
| 2 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Gardena Business Group v. Om Yermo, San Bernardino Superior Court, Case#CiVDS2000029, Unlawful Foreclosure, Breach of Contract. Amount Requested: $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 3 | TURNOVER OF FUNDS (u) | 0.00 | 75.00 | | 75.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$1,000,000.00** | **$75.00** | | **$1,504,834.52** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 2:20-bk-14348-BB | **Trustee Name:** (007950) John J. Menchaca |
| **Case Name:** GARDENA BUSINESS GROUP LLC | **Date Filed (f) or Converted (c):** 05/11/2020 (f) |
| | **§ 341(a) Meeting Date:** 06/22/2020 |
| **For Period Ending:** 10/26/2021 | **Claims Bar Date:** 08/17/2020 |

**Major Activities Affecting Case Closing:**

Reporting Period April 1, 2021 - March 30, 2022

Order On Final Fee Applications Allowing Payment Of: (1) Court And U.S. Trustee Fees; And (2) Final Fees And Expenses Of Trustee And Professionals[LBR 2016-1(C)(4)] (BNC-PDF) Signed on 7/28/2021. (Pennington-Jones, Patricia) (Entered: 07/28/2021)

Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee John J. Menchaca. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee. (united states trustee (pca)) (Entered: 06/17/2021)

Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee (RE: related document(s)161). (united states trustee (pca)) (Entered: 06/17/2021)

Reporting Period April 1, 2020 - March 30, 2021

[Dkt No. 50] Motion For Sale of Property of the Estate under Section363(b).

[Dkt No. 65] Order Granting Trustee's Motion For Sale of Property under Section 363(b) re: property located at 660 N. E Street, San Bernardino, CA 92410.

PROFESSIONALS:

[Dkt No. 38] Order Granting Application to Employ KW Commercial as Real Estate Brokers.

[Dkt No. 39] Order Granting Application to Employ Law Offices of Wesley H. Avery as Counsel.

[Dkt No. 69] Order Granting Application to Employ Menchaca &Company, LLP as Accountant.

PROOF OF CLAIMS:

[Dkt No. 8] Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee John J Menchaca (TR).Proofs of Claims due by 8/17/2020. Government Proof of Claim due by 11/9/2020.

ESTATE'S TAX RETURNS:

The Estate's tax return were prepared and filed with the IRS and FTB.

CLOSING:

[Dkt No. 148]  Notice to Pay Court Costs Due Sent To: John Menchaca,Chapter 7 Trustee, Total Amount Due $0 . (Jackson, WendyAnn) (Entered: 01/22/2021)

[Dkt No. 157] Notice to professionals to file application for compensation (Amended) With Proof of Service. Filed by Trustee John JMenchaca (TR). (Menchaca (TR), John) (Entered: 03/02/2021)

**Initial Projected Date Of Final Report (TFR):** 04/22/2021       **Current Projected Date Of Final Report (TFR):** 04/22/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 2:20-bk-14348-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | GARDENA BUSINESS GROUP LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0299 | Account #: | ******5223 Checking |
| For Period Ending: | 10/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/12/20 | {3} | WELLS FARGO BANK | Turnover of funds - Acct ending in 0950 | 1229-000 | 25.00 | | 25.00 |
| 07/12/20 | {3} | WELLS FARGO BANK | Turnover of funds - Acct ending in 1057 | 1229-000 | 25.00 | | 50.00 |
| 07/12/20 | {3} | WELLS FARGO BANK | Turnover of funds - Acct ending in 5110 | 1229-000 | 25.00 | | 75.00 |
| 11/06/20 | | BETTER ESCROW SERVICES | [Dkt No. 65] Per Order Entered 8/11/2020 Order Granting Trustee's Motion For Sale of Property under Section 363(b) re: property located at 660 N. E Street, San Bernardino, CA 92410 | | 175,058.49 | | 175,133.49 |
| | {1} | | Total Consideration $1,500,000.00 | 1110-000 | | | |
| | {1} | | County Taxes $4,759.52 | 1110-000 | | | |
| | | California TD Specialist FBO OmYermo LLC | Payoff Charges -$285,396.46 | 4110-000 | | | |
| | | Union Home Loan, Inc. | Payoff Charges -$822,525.03 | 4110-000 | | | |
| | | City of San Bernardino | Payoff Charges -$85,000.00 | 4800-000 | | | |
| | | KW Commercial | Seller's broker - Commission -$60,000.00 | 3510-000 | | | |
| | | KW Commercial DTLA | Buyer's Broker - Commission -$30,000.00 | 3991-000 | | | |
| | | Fidelity National Title | Title/Recording Charges -$3,490.98 | 2500-000 | | | |
| | | County of San Bernardino County | Transfer Tax -$1,650.00 | 4700-070 | | | |
| | | San Bernardino County Tax Collectior | Delinquent Taxes -$15,724.31 | 4700-070 | | | |
| | | San Bernardino County Tax Collector | 1st Half 2020/2021 -$13,787.51 | 4700-070 | | | |
| | | Better Escrow Services | Escrow Charges -$3,968.51 | 2500-000 | | | |
| | | Trustee Resource Group | Property Insurance -$7,059.23 | 2420-750 | | | |
| | | | Property I.D. for Disclosure Report #******4101 -$99.00 | 2500-000 | | | |
| | | | Hold for Updating Title Endorsement Hold -$1,000.00 | 2500-000 | | | |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 205.27 | 174,928.22 |

Page Subtotals:    $175,133.49        $205.27

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 2:20-bk-14348-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | GARDENA BUSINESS GROUP LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0299 | Account #: | ******5223 Checking |
| For Period Ending: | 10/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 307.57 | 174,620.65 |
| 01/19/21 | 101 | INTERNATIONAL SURETIES | Bond #016229730 Term 01/04/2021-04/04/2022 | 2300-000 | | 226.19 | 174,394.46 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 270.49 | 174,123.97 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 260.47 | 173,863.50 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 306.52 | 173,556.98 |
| 07/28/21 | 102 | OFFICE OF THE UNITED STATES TRUSTEE | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 100.00% of $650.00; Claim # ; Filed: $650.00 | 2950-000 | | 650.00 | 172,906.98 |
| 07/28/21 | 103 | FRANCHISE TAX BOARD | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 100.00% of $3,455.52; Claim # 1P; Filed: $3,455.52 | 5800-000 | | 3,455.52 | 169,451.46 |
| 07/28/21 | 104 | FRANCHISE TAX BOARD | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 100.00% of $1,603.53; Claim # 1U; Filed: $1,603.53 | 7100-000 | | 1,603.53 | 167,847.93 |
| 07/28/21 | 105 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 100.00% of $800.00; Claim # 4; Filed: $800.00 | 2820-000 | | 800.00 | 167,047.93 |
| 07/28/21 | 106 | John J. Menchaca | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $68,250.00; Claim # FEE; Filed: $68,250.00 | 2100-000 | | 63,329.67 | 103,718.26 |
| 07/28/21 | 107 | MENCHACA & COMPANY LLP | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $6,854.00; Claim # ; Filed: $6,854.00 | 3310-000 | | 6,359.88 | 97,358.38 |
| 07/28/21 | 108 | JOHN J. MENCHACA | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $5,102.40; Claim # ; Filed: $5,102.40 | 2200-000 | | 4,734.55 | 92,623.83 |
| 07/28/21 | 109 | LAW OFFICES OF WESLEY H. AVERY, APC | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $98,685.50; Claim # ; Filed: $98,685.50 | 3210-000 | | 91,570.99 | 1,052.84 |
| 07/28/21 | 110 | MENCHACA & COMPANY LLP | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.80% of $9.45; Claim # ; Filed: $9.45 | 3320-000 | | 8.77 | 1,044.07 |
| 07/28/21 | 111 | LAW OFFICES OF WESLEY H. AVERY, APC | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $1,125.19; Claim # ; Filed: $1,125.19 Stopped on 10/13/2021 | 3220-000 | | 1,044.07 | 0.00 |
| 10/13/21 | 111 | LAW OFFICES OF WESLEY H. AVERY, APC | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $1,125.19; Claim # ; Filed: $1,125.19 Stopped: check issued on 07/28/2021 | 3220-000 | | -1,044.07 | 1,044.07 |
| 10/21/21 | 112 | LAW OFFICES OF WESLEY H. AVERY, APC | [Dkt No. 164] Per Order 7/8/2021 Distribution payment - Dividend paid at 92.79% of $1,125.19; Claim # ; Filed: $1,125.19 | 3220-000 | | 1,044.07 | 0.00 |

Page Subtotals:   $0.00   $174,928.22

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 2:20-bk-14348-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | GARDENA BUSINESS GROUP LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0299 | Account #: | ******5223 Checking |
| For Period Ending: | 10/26/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 175,133.49 | 175,133.49 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 175,133.49 | 175,133.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $175,133.49 | $175,133.49 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:20-bk-14348-BB | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | GARDENA BUSINESS GROUP LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0299 | **Account #:** | ******5223 Checking |
| **For Period Ending:** | 10/26/2021 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $175,133.49 |
| Plus Gross Adjustments: | $1,324,941.51 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,500,075.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5223 Checking | $175,133.49 | $175,133.49 | $0.00 |
| | **$175,133.49** | **$175,133.49** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)